No. 384.—Ex PARTE VENDRELL.—Petition for the approval of the notarial surety bond given by the national Surety Company in favor of the petitioner. Decided January 20, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 525. THE PEOPLE *v.* ROBLEDO.—Appeal from the District Court of Guayama. Decided January 20, 1913. Judgment appealed from of September 18, 1912, affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 75. Ex PARTE HORTON.—Petition for the approval of the notarial surety bond given by the National Surety Company in favor of the petitioner. Decided January 21, 1913. Bond approved. The petitioner appeared *pro se.*

---

No. 338. IN RE ESTEVES.—Petition of the National Surety Company to cancel notarial surety bond No. 1387 given in favor of said notary, in accordance with Act No. 50 of March 7, 1912. Decided by the Chief Justice on January 22, 1913. Bond canceled to take effect within 60 days.

---

No. 519. THE PEOPLE *v.* RODRÍGUEZ.—Appeal from the District Court of San Juan, Section 2. Decided January 22, 1913. Judgment appealed from of October 17, 1912, affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 522. THE PEOPLE *v.* FARIA.—Appeal from the District Court of Arecibo. Decided January 22, 1913. Judgement appealed from of November 14, 1912, affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.